Andrew L. Ellis, Esq. State Bar # 167091
Justina G. Ramon, Esq. State Bar # 241239
**ELLIS LAW CORPORATION**
2230 E. Maple Ave.
El Segundo, CA 90245
Telephone: (310) 641-3335

JS-6

Attorney for Plaintiff
MYNOR VALDEZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYNOR VALDEZ, an individual. | **USDC CASE NO: 2:23-CV-09755-MCS-E** |
| Plaintiffs, | Los Angeles County Superior Court Case No. 23STCV13368 |
| vs. | [PROPOSED] **ORDER TO REMAND ACTION FROM FEDERAL COURT TO STATE COURT** (ECF No. 21) |
| CHRISTOPHER BOLDEN, an individual; CAJUN FREIGHT & LOGISTICS, INC. a California Corporation; and Does 1 - 25, inclusive. | |
| Defendants. | |

**IT IS HEREBY ORDERED**, for good cause appearing, and pursuant to the above Stipulation of the parties:

1. The action currently pending in the United States Disctrict Court for the Central District of California known as *Mynor Valdez, Plaintiff v. Christopher Bolden, Cajun Freight & Logistics, Inc. and Does 1 to 25, Defendants*, Case Number: 2:23-CV-09755-MCS-E, shall be remanded for all purposes to the Los

Angeles Superior Court, Central District, in which it was originally filed as Case No. 23STCV13368.

2. The matter in controversy as between Plaintiff and all defendants does not exceed the total value of $75,000.00, excluding interest and cost.

**IT IS SO ORDERED:**

Dated: February 27, 2024



HON. MARK C. SCARSI
United States District Judge